**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

MARY GUTIERREZ, on her own behalf and )
on behalf of a class of those similarly situated, )
    Plaintiff, )
     )
   v. )  CAUSE NO.: 2:16-CV-111-JVB-JPK
     )
CITY OF EAST CHICAGO and HOUSING )
AUTHORITY OF THE CITY OF EAST )
CHICAGO, )
    Defendants. )

## ORDER

  This matter is before the Court on an Unopposed Motion to Dismiss Individual Damages Claims of Mary Gutierrez Upon Approval of Proposed Consent Decree [DE 129], a Stipulation to Enter Consent Decree Following Notice to the Class [DE 130], a Joint Motion to Dismiss City of East Chicago Following Notice to the Class [DE 131], and a Motion for Award of Attorneys' Fees and Costs in Conjunction with Approval of Consent Decree and Following Notice to the Class [DE 132], all filed by Plaintiff Mary Gutierrez and the certified class on June 30, 2020.

  On July 1, 2020, the undersigned referred this matter to Magistrate Judge Joshua P. Kolar for a report and recommendation on the instant motions pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Kolar held a fairness hearing on October 26, 2020, and issued his Report and Recommendation on November 12, 2020. [DE 147]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

  The Complaint in this case alleged that Defendants have a policy and practice of conducting warrantless non-consensual criminal searches and administrative inspections of apartments. The parties reached settlement and filed a proposed Consent Decree. [DE 130]. Judge

Kolar found that appropriate notice of the Consent Decree was given to the class and that no class member objected to the Consent Decree, the motion to dismiss, or the award of attorney fees. Judge Kolar found that the settlement itself was fair, reasonable and adequate given the strength of Plaintiff's case, the expected cost of litigating the case to completion, and the lack of opposition to the settlement, among other factors. Judge Kolar therefore recommended that the Consent Decree be approved and the motion to dismiss and motion for attorney fees granted.

Having reviewed the Report and Recommendation, and noting the lack of objection, the Court hereby **ADOPTS** the Report and Recommendation [DE 147] and incorporates the Report and Recommendation into this Order. Accordingly, the Court:

(1) **GRANTS** the Unopposed Motion to Dismiss Individual Damages Claims of Mary Gutierrez Upon Approval of Proposed Consent Decree [DE 129] and **DISMISSES** the individual damages claims of Plaintiff Mary Gutierrez;

(2) **GRANTS** the Stipulation to Enter Consent Decree Following Notice to the Class [DE 130], **APPROVES** the Consent Decree as a fair, reasonable, and adequate resolution of these proceedings, and **ENTERS** the Consent Decree;

(3) **ORDERS** the parties to carry out the terms of the Consent Decree promptly and in good faith, and to promptly file with the Court appropriate papers effecting the dismissal of this action after the expiration of the term of the Consent Decree;

(4) **GRANTS** the Joint Motion to Dismiss City of East Chicago Following Notice to the Class [DE 131] and **DISMISSES** Defendant City of East Chicago;

(5) **GRANTS** the Motion for Award of Attorneys' Fees and Costs in Conjunction with Approval of Consent Decree and Following Notice to the Class [DE 132] and **AWARDS**

attorneys' fees in the amount of $35,000.00 to Plaintiffs' counsel, to be paid as specified in the Consent Decree; and

(6) **DENIES as moot** Plaintiffs' Motion for Partial Summary Judgment [DE 68] and Verified Petition for Award of Attorneys' Fees [DE 117], per the parties' request in the Stipulation to Enter Consent Decree Following Notice to the Class.

SO ORDERED on December 2, 2020.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT